466 P.2d 872

Victor SAFAR, Petitioner,

v.

Eduardo ESCUDERO, Sheriff of Santa Fe County, Respondent.

No. 9016.

Supreme Court of New Mexico.

March 17, 1970.

MOISE, Chief Justice, and COMPTON, TACKETT, WATSON and SISK, Justices, concurring.

Ordered that the writ of habeas corpus issued out of this Court on March 9, 1970, be and the same is hereby made permanent.

Further ordered that the petitioner be and he hereby is ordered released from the custody of respondent.

466 P.2d 872

STATE of New Mexico ex rel. STATE HIGHWAY COMMISSION of New Mexico, Relator,

v.

The Honorable Garnett R. BURKS, District Judge of the District Court of the Seventh Judicial District of the State of New Mexico, Respondent.

No. 9017.

Supreme Court of New Mexico.

March 10, 1970.

MOISE, Chief Justice, and COMPTON, TACKETT, WATSON and SISK, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.